**FILED**
June 13, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> DERIAN EIDSON, ) <br> ) <br> Defendant. ) | CASE NUMBER: 2:11-cr-0234 FCD <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release DERIAN EIDSON; Case 2:11-cr-0234 FCD from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_\_    Release on Personal Recognizance

    \_\_    Bail Posted in the Sum of _____

    _X_    Unsecured Appearance Bond in the amount of $200,000, to be replaced by real property posted within two weeks.

    \_\_    Appearance Bond with 10% Deposit

    \_\_    Appearance Bond secured by Real Property

    \_\_    Corporate Surety Bail Bond

    _X_    (Other) Pretrial Supervision/Conditions.

Issued at   Sacramento, CA   on    6/13/2011    at    2:10 PM    .

By _/s/ Kendall J. Newman_
Kendall J. Newman
United States Magistrate Judge