1  MALCOLM S. SEGAL - 075481
   JAMES P. MAYO - 169897
2  **SEGAL & KIRBY LLP**
   770 L Street, Suite 1440
3  Sacramento, CA  95814
   Telephone: (916) 441-0828
4  Facsimile: (916) 446-6003

5  Attorneys for Defendant
   DERIAN EIDSON

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-CR-0234-FCD |
| Plaintiff, | |
| v. | **DEFENDANT DERIAN EIDSON'S WAIVER OF APPEARANCE; ORDER** |
| DERIAN EIDSON, | |
| Defendant. | |

The defendant, Derian Eidson, hereby waives her right to be present in open court upon the hearing of any motion or other proceeding in this cause, including, but not limited to, when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, except upon arraignment, plea, impanelment of jury and imposition of sentence.  Defendant hereby requests the court to proceed during every absence of her which the court may permit pursuant to this waiver, agrees that her interests will be deemed represented at all times by the presence of her attorney, the same as if the defendant were personally present; and further agrees to be present in court ready for trial any day and hour the court may fix in her absence.

Defendant further acknowledges that she has been informed of her rights under Title 18 U.S.C. Sections 3161-3174 (Speedy Trial Act), and has authorized her attorney to set times and delays under the provisions of the Act without defendant being present.

Dated: June 13, 2011

/s/ Derian Eidson
DERIAN EIDSON

Dated: June 16, 2011    **SEGAL & KIRBY LLP**

By:   /s/ Malcolm S. Segal
MALCOLM S. SEGAL
Attorneys for Defendant
DERIAN EIDSON

APPROVED:

Dated: June 16, 2011

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE