Kresta Nora Daly, SBN 199689
Thomas W. Barth, SBN 154075
Angie H. Palmerin, SBN 278273
**BARTH TOZER & DALY LLP**
431 "I" Street, Suite 201
Sacramento, California 95814
Telephone: 916.440.8600
Facsimile:  916.440.9610
Email:  kdaly@btdlegal.com

Attorneys for Defendant DERIAN EIDSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN ZINNEL and DERIAN EIDSON,<br><br>Defendants. | Case No. 2:11-CR-00234-TLN<br><br>**STIPULATION AND ORDER** |

Defendant Derian Eidson, by and through her counsel of record, and the United States of America, by and through its counsel of record, hereby stipulates as follows:

On July 16, 2013 after a partial verdict in this case, the Court ordered Ms. Eidson be placed on electronic monitoring as a condition of her release.  That order was complied with.  Ms. Eidson is scheduled to return home to Southern California this afternoon.

Normally Pre-Trial services would install a GPS electronic monitoring system to allow Ms. Eidson to fly to Southern California.  Due to budget cuts, staffing issues and the inability to comply with national standards that is no longer an option.  Therefore the parties agree that at 4:00pm today, July 17, 2013, Ms. Eidson's electronic monitoring device will be removed.  She will be allowed to fly

to Southern California.  At 9:00am tomorrow morning, July 18, 2013, she will appear at the Santa Ana Pre-trial Services division at which time an electronic monitoring device will be reinstalled.

All other conditions of Ms. Eidson's release are to remain unchanged.

Dated:  July 17, 2013.        BARTH TOZER & DALY LLP


By    /s/ Kresta Nora Daly
      KRESTA NORA DALY


Dated:  July 17, 2013.


By    /s/ Kresta Nora Daly
      MATTHEW D. SEGAL


**ORDER**

For good cause appearing, **IT IS SO ORDERED**.

Dated:  July 17, 2013


Troy L. Nunley
United States District Judge