Kresta Nora Daly, SBN 199689
Thomas W. Barth, SBN 154075
**BARTH TOZER & DALY LLP**
431 "I" Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile:  (916) 440-9610
Email:  kdaly@btdlaw.net

Attorneys for Defendant
DERIAN EIDSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>        v.<br><br>STEVEN K. ZINNEL and DERIAN EIDSON,<br><br>                Defendant. | Case No. 2:11-CR-00234-TLN<br><br>**STIPULATION AND ORDER** |

At the conclusion of the trial in this matter Ms. Eidson was allowed to remain out of custody.  In order to remain out of custody, Ms. Eidson was required to agree to specific release conditions.  Among those conditions was a condition that Ms. Eidson refrain from engaging in any financial transaction of more than $500 without prior approval of the government.

It is hereby stipulated and agreed to between the United States of America through Matthew Segal, Assistant U.S. Attorney, Audrey Hemesath, Assistant United States Attorney, Kevin Khasigian, Assistant United States Attorney and defendant Derian Eidson, through her counsel, Kresta Nora Daly, that the release condition prohibiting Ms. Eidson from engaging in any financial transaction of more than $500 without prior approval by the government be removed.

Ms. Eidson understands and expressly agrees that by removing this release

condition the government is not immunizing Ms. Eidson in connection with any past or future financial transaction.

The parties further stipulate that no other release condition is modified by the removal of this specific condition of release.

Dated:  September 20, 2013.         Respectfully submitted,

BARTH TOZER & DALY LLP


By      /s/ Kresta Nora Daly
        KRESTA NORA DALY
        Attorneys for Derian Eidson


Dated:  September 20, 2013      By      /s/ Kresta Nora Daly
                                        Kevin Khasigian
                                        Assistant United States Attorney


**O R D E R**

**IT IS SO ORDERED.**

Dated: September 23, 2013

Troy L. Nunley
United States District Judge

STIPULATION AND ORDER