Kresta Nora Daly, SBN 199689
Thomas W. Barth, SBN 154075
Angie H. Palmerin, SBN 278273
**BARTH TOZER & DALY LLP**
431 "I" Street, Suite 201
Sacramento, California 95814
Telephone: 916.440.8600
Facsimile: 916.440.9610
Email: kdaly@btdlegal.com

Attorneys for Defendant DERIAN EIDSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-CR-00234-TLN |
| Plaintiff, | **STIPULATION AND ORDER** |
| v. | |
| STEVEN ZINNEL and DERIAN EIDSON, | |
| Defendants. | |

Defendant Derian Eidson, by and through her counsel of record, and the United States of America, by and through its counsel of record, hereby stipulates as follows:

On July 16, 2013 after a partial verdict in this case, the Court ordered Ms. Eidson not have any access to the Internet as a condition of her release. The Court also ordered Ms. Eidson be prohibited from engaging in any financial transaction of more than $500 without prior government approval. The government's purpose in seeking the Internet restriction was to effectuate the financial restriction.

///

///

///

1   The financial transaction restriction was removed by previous stipulation and order.  The
2   parties are now in agreement that it is appropriate to remove the prohibition denying Ms. Eidson the
3   ability to access the Internet.

4   Ms. Eidson has been offered employment in the capacity of a paralegal at her prior law firm.
5   In order for her to work as a paralegal between now and the time of sentencing she requires Internet
6   access.

7   All other conditions of Ms. Eidson's release are to remain unchanged.

Dated:  October 2, 2013.            BARTH TOZER & DALY LLP


                                    By     /s/ Kresta Nora Daly
                                         KRESTA NORA DALY


Dated:  October 2, 2013.


                                    By     /s/ Kresta Nora Daly
                                         MATTHEW D. SEGAL


### ORDER

For good cause appearing, Ms. Eidson's release condition prohibiting her from having access to the internet is hereby removed.

Dated: October 7, 2013

                                    _____
                                    Troy L. Nunley
                                    United States District Judge