Kresta Nora Daly, SBN 199689
Thomas W. Barth, SBN 154075
Angie H. Palmerin, SBN 278273
**BARTH TOZER & DALY LLP**
431 "I" Street, Suite 201
Sacramento, California 95814
Telephone: 916.440.8600
Facsimile:  916.440.9610
Email:  kdaly@btdlegal.com

Attorneys for Defendant DERIAN EIDSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-CR-00234-TLN |
| Plaintiff, | **STIPULATION AND ORDER** |
| v. | |
| DERIAN EIDSON, | |
| Defendants. | |

The parties hereby stipulate that on November 21, 2013 this Court issued an order setting discovery dates in the ancillary proceedings in this case.  Contained in the discovery order was an order that all claims of privilege must be filed by December 4, 2013.

Mr. Khasigian does not object to granting defense counsel at least until December 12, 2013, the date of the status conference on the forfeiture proceedings, to file any claims of privilege[1].  It is

---

[1] Defense counsel informed Mr. Khasigian that she is currently preparing for trial in state court and has not had sufficient time to meet and confer with her client regarding these issues of a claim of privilege or whether or not obtaining a protective order may be necessary.  More specifically, defense counsel is trailing in Sacramento County Superior Court and has been ordered to return on December 5, 2013 which will be day 3 of 10.
Ms. Eidson has been moved from the Sacramento County Jail to the Nevada County Jail, approximately two hours from defense counsel's office.  This move has further complicated efforts to adequately discuss the issues pertaining to possible claims of privilege.

1  the intent of the parties to address this issue at the status conference on December 12, 2013.

2     Defense counsel respectfully requests the court grant additional time to allow defense counsel
3  to confer with her client regarding these issues.  Defense counsel requests at least until December 12,
4  2013 to file any claims of privilege or request for a protective order.

5  Dated:  December 4, 2013.        BARTH TOZER & DALY LLP

7                 By    /s/ Kresta Nora Daly
                         KRESTA NORA DALY
8                        Attorneys for Derian Eidson

11 Dated:  December 4, 2013.

13                By    /s/ Kresta Nora Daly
                         KEVIN KHASIGIAN
14                       Assistant United States Attorney

17                          **ORDER**

19    For good cause appearing, defense counsel has until December 12, 2013 to file any claims of
20 privilege with regard to the forfeiture proceedings.

22 Dated: December 5, 2013

                                   _____
25                                 Troy L. Nunley
                                   United States District Judge