1  Kresta Nora Daly, SBN 199689
   Thomas Barth, SBN 154075
2  **BARTH DALY LLP**
   431 "I" Street, Suite 201
3  Sacramento, California 95814
   Telephone: (916) 440-8600
4  Facsimile:  (916) 440-9610
   Email:  kdaly@btdlaw.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:11-CR-00234-TLN |
|---|---|
| Plaintiff, | **WITHDRAWL OF COUNSEL AND ORDER** |
| v. | |
| DERIAN EIDSON, | |
| Defendants. | |

Kresta Nora Daly, SBN 199689, and Thomas W. Barth, SBN 154075, hereby withdraw as attorneys for defendant, Derian Eidson.

**I consent to the above withdrawal.**

Dated:  March 27, 2014            /s/ Derian Eidson
                                  DERIAN EIDSON

**I consent to the above withdrawal.**

Dated:  March 27, 2014.           BARTH DALY LLP

                                  By   /s/ Kresta Nora Daly
                                       KRESTA NORA DALY

///

///

///

///

**O R D E R**

**IT IS SO ORDERED.**

Dated: March 28, 2014

_____
Troy L. Nunley
United States District Judge