Timothy E. Warriner (SB#166128)
Attorney at Law
428 J St., Suite 350
Sacramento, CA 95814
(916) 443-7141

Attorney for Defendant,
Derian Eidson

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>DERIAN EIDSON,<br><br>　　　　　Defendant | Case No. 11-cr-00234 TLN<br><br>ORDER EXONERATING BOND AND RETURNING SECURITY AND PASSPORT |

　　　GOOD CAUSE APPEARING, the secured bond is hereby exonerated. The Clerk of the Court is directed forthwith to reconvey the security interest, to wit, the deed of trust (Docket Entry # 38), to Ms. Eidson by providing the reconveyance her counsel of record. Ms. Eidson's United States Passport is also to be given to her counsel of record.

Dated:   January 28, 2015

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　KENDALL J. NEWMAN
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE