1  **Law Offices of Robert M. Wilson**
   Robert M. Wilson, SBN: 122731
2  770 L Street, Suite 950
   Sacramento, CA 95814
3  Telephone: (916) 441-0888
   RWilson@BusinessCounsel.net

*ATTORNEYS FOR DEFENDANT*
JOHN DICHIARA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-0234 TLN |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |
| DARIAN EIDSON, | |
| Defendants. | |

Defendant Darian Eidson, by and through her court-appointed counsel, Robert M. Wilson, and the Government, by and through Matthew Segal, Assistant United States Attorney, stipulates and request that the hearing currently set in this matter on October 18, 2018, be continued to November 1, 2018. The parties stipulate this matter is on remand from the Ninth Circuit and no Speed Trial waivers are necessary. The parties further stipulate that counsel for the defendant need additional time to review the record in this matter, to consult with prior counsel and to consult with his client. Good cause appearing, the parties seek an Order from this court continuing this matter to November 1, 2018, at 9:30 a.m.

1

| | |
|---|---|
| October 16, 2018 | /s/ Robert M. Wilson<br>ROBERT M. WILSON<br>Attorney for Aleksandr Maslov |
| October 16, 2018 | /s/ Matthew Segal<br>MATTHEW SEGAL<br>Attorney for the United States |

IT IS SO ORDERED.

Good cause appearing, the status conference presently set for October 18, 2018, at 9:30 A.M., is hereby continued to November 1, 2018, at 9:30 A.M..

Dated: October 16, 2018

HONORABLE TROY L. NUNLEY
UNITED STATES DISTRICT COURT JUDGE