**Law Offices of Robert M. Wilson**
Robert M. Wilson, SBN: 122731
770 L Street, Suite 950
Sacramento, CA 95814
Telephone: (916) 441-0888
RWilson@BusinessCounsel.net

*ATTORNEYS FOR DEFENDANT*
DERIAN EIDSON

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br><br><br>DERIAN EIDSON,<br><br>        Defendants. | CASE NO. 2:11-CR-0234 TLN<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |

      Defendant Derian Eidson, by and through her court-appointed counsel, Robert M. Wilson, and the Government, by and through Matthew Segal, Assistant United States Attorney, stipulates and request that the hearing currently set in this matter on November 1, 2018, be continued to November 15, 2018. The parties stipulate this matter is on remand from the Ninth Circuit and no Speed Trial waivers are necessary. The parties further stipulate that counsel for the defendant need additional time to review the record in this matter, to consult with prior counsel and to consult with his client. Additionally, counsel for defendant Derian Eidson will be out of town on November 1, 2018, and unavailable. Good cause appearing, the parties seek an Order from this court continuing this matter to November 15, 2018, at

9:30 a.m.

October 30, 2018  /s/ Robert M. Wilson
ROBERT M. WILSON
Attorney for Derian Eidson

October 30, 2018  /s/ Matthew Segal
MATTHEW SEGAL
Attorney for the United States

IT IS SO ORDERED.

Good cause appearing, the status conference presently set for November 1, 2018, at 9:30 A.M., is hereby continued to November 15, 2018, at 9:30 A.M.

Dated: October 30, 2018

The Honorable Troy L. Nunley
UNITED STATES DISTRICT COURT JUDGE