**Law Offices of Robert M. Wilson**
Robert M. Wilson, SBN: 122731
770 L Street, Suite 950
Sacramento, CA 95814
Telephone: (916) 441-0888
RWilson@BusinessCounsel.net

***ATTORNEYS FOR DEFENDANT***
DERIAN EIDSON

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br><br><br>DERIAN EIDSON,<br>                              Defendants. | CASE NO. 2:11-CR-234 TLN<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND PLACING MATTER ON CALENDAR FOR SENTENCING** |

Defendant Derian Eidson, by and through her court-appointed counsel, Robert M. Wilson, and the United States, by and through Matthew Segal, Assistant United States Attorney, stipulate and request that the hearing currently set in this matter on November 15, 2018, be continued to February 21, 2019, for sentencing. This matter is on remand from the Ninth Circuit and no Speedy Trial waiver is necessary. The parties further stipulate that counsel for the defendant need additional time to review the record in this matter and prepare for sentencing.

The defendant wishes to be sentenced in abstentia. She intends to execute a waiver of appearance in a form and manner satisfactory to the government. *See* Fed. R. Crim. P. 43(c)(1)(B). A

1

valid waiver should allow her to return to a prison facility on order of the court or written request by the attorney for the government.  *See* 18 U.S.C. § 3621(d).

Good cause appearing, the parties seek an Order from this court continuing this matter to February 21, 2019, at 9:30 a.m.


November 14, 2018                     /s/ Robert M. Wilson
                                      ROBERT M. WILSON
                                      Attorney for Derian Eidson


November 14, 2018                     /s/ Matthew Segal
                                      MATTHEW SEGAL
                                      Attorney for the United States


IT IS SO ORDERED.


Good cause appearing, the status conference presently set for November 15, 2018, at 9:30 A.M., is continued to February 21, 2019, at 9:30 A.M..


Dated: November 14, 2018


Troy L. Nunley
United States District Judge