McGREGOR W. SCOTT
United States Attorney
MATTHEW D. SEGAL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-234 TLN |
|---|---|
| Plaintiff, | ORDER ON DEFENDANT'S REQUEST TO BE SENTENCED IN ABSTENTIA |
| v. | |
| DERIAN EIDSON, | |
| Defendant. | |

At the unopposed request of the defendant, Pursuant to Federal Rule of Criminal Procedure 43(c)(1)(B), the Court accepts defendant Eidson's knowing, voluntary, and intelligent waiver of appearance at her resentencing.

Pursuant to Title 18, United States Code, Section 3621(d), the Court orders that the U.S. Marshal return defendant Eidson to a prison facility.

Defendant Eidson's resentencing shall be held on February 21, 2019 at 9:30 a.m.. At the commencement of proceedings, counsel for the defendant shall state the last time that he spoke to the defendant and shall state whether she still desires to be sentenced in abstentia.

**SO ORDERED.**

Dated: November 20, 2018

Troy L. Nunley
United States District Judge