```
PHILLIP A. TALBERT
United States Attorney
LYNN TRINKA ERNCE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
```

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:11CR00234-TLN |
|---|---|
| Plaintiff, | **RELEASE OF LIEN FOR FINE/RESTITUTION** |
| v. | |
| STEVEN ZINNEL, | |
| Defendant. | |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Release of the judgment lien obtained herein is hereby acknowledged, and you are requested to enter a Release of Line for Fine/Restitution. A Notice of Lien for Fine/Restitution was entered by the Recorder of Sacramento County, Book number 20141107 Page 1051, on November 7, 2014. The Notice of Lien for Fine/Restitution is hereby acknowledged as released as to Defendant Steven Zinnel.

Dated: October 18, 2022

PHILLIP A. TALBERT
United States Attorney

By: /s/ Lynn Trinka Ernce
LYNN TRINKA ERNCE
Assistant United States Attorney

RELEASE OF LIEN FOR FINE/RESTITUTION                                   1