PHILLIP A. TALBERT
United States Attorney
LYNN TRINKA ERNCE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN ZINNEL,<br><br>Defendant. | CASE NO.  2:11CR00234-TLN<br><br>**RELEASE OF LIEN FOR FINE/RESTITUTION** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Release of the judgment lien obtained herein is hereby acknowledged, and you are requested to enter a Release of Line for Fine/Restitution.  A Notice of Lien for Fine/Restitution was entered by the Recorder of Sacramento County, Document #201912160967 on December 16, 2019.  The Notice of Lien for Fine/Restitution is hereby acknowledged as released as to Defendant Steven Zinnel.

Dated:  October 18, 2022

PHILLIP A. TALBERT
United States Attorney

By: _____
LYNN TRINKA ERNCE
Assistant United States Attorney