**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Docket No: 0972 2:11CR00234-002 |
| Derian Eidson | ) |

On March 4, 2014, the above-named was sentenced to Supervised Release for a period of 3 years. Supervision commenced on September 23, 2020.

The supervised releasee has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. Assistant United States Attorney Audrey Hemesath has no objections to the early termination recommendation. It is accordingly recommended that the supervised releasee be discharged from supervision.

| **Respectfully submitted,** | **Reviewed by,** |
|---|---|
| *[signature]* | *[signature]* |
| **Jesus Frausto** | **Laura Weigel** |
| **United States Probation Officer** | **Supervising United States Probation Officer** |

**Dated:** December 5, 2022
Modesto, California
JF/lr

**Re:	Derian Eidson**
　　**Docket Number:   0972 2:11CR00234-002**
　　<u>**Report and Order Terminating Supervised Release**</u>
　　<u>**Prior to Original Expiration Date**</u>

---

## ORDER OF COURT

Pursuant to the above report, it is ordered that Derian Eidson be discharged from Supervised Release, and that the proceedings in the case be terminated.

| | |
|---|---|
| December 5, 2022 | *[signature]* |
| **Date** | **Troy L. Nunley**<br>**United States District Judge** |

Attachment:   Recommendation

CC:	AUSA  - Audrey Hemesath
　　　Supervisee—Derian Eidson